**GORDON REES SCULLY MANSUKHANI, LLP**
JOHN M. PALMERI (*pro hac vice*)
jpalmeri@grsm.com
TAMARA A. SEELMAN (*pro hac vice*)
tseelman@grsm.com
ADRIEN K. ANDERSON (*pro hac vice*)
aanderson@grsm.com
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
Facsimile: (303) 534-5161

**GORDON REES SCULLY MANSUKHANI, LLP**
MAHA SARAH, (SBN: 218981)
msarah@grsm.com
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
HARVEY KESNER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP (F/K/A SICHENZIA ROSS FERENCE KESNER LLP; F/K/A SICHENZIA ROSS FRIEDMAN FERENCE LLP); HARVEY KESNER;; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-02494-WQH-MSB<br><br>**MOTION TO WITHDRAW AS ATTORNEY**<br><br>Date:<br>Judge:  The Hon. William Q. Hayes<br>Time/Place:   To be determined |

Adrien K. Anderson ("Withdrawing Counsel") respectfully requests that this Court enter an Order granting permission to withdraw as counsel for Defendant Harvey Kesner, effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel is leaving Gordon Rees Scully Mansukhani LLP and will no longer be associated with the firm.

2. Attorneys John M. Palmeri, Tamara Seelman and Maha Sarah, also of Gordon Rees Scully Mansukhani LLP, will remain as counsel of record for Defendant.

3. Defendant will incur no prejudice as a result of this change.

Respectfully submitted this 13th day of August, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Adrien K. Anderson*
Adrien K. Anderson

Attorneys for Defendant Harvey Kesner

1