UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br>Plaintiff, <br><br>v. <br><br>SICHENZIA ROSS FERENCE LLP, et al., <br><br>Defendants. | Case No.: 18cv2494-WQH (MSB) <br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO VARY THE COURT'S INDIVIDUAL PRACTICES TO PERMIT THE SUBMISSION OF CORRESPONDENCE IN CONNECTION WITH FORTHCOMING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** <br><br>**[ECF NO. 57]** |

On September 3, 2019, Plaintiff filed an "Ex Parte Application to Vary the Court's Individual Practices to Permit the Submission of Correspondence in Connection with Forthcoming Joint Motion for Determination of Discovery Dispute." (See ECF No. 57.) In the motion, Plaintiff asks for the Court to allow it to file "copies of correspondence between counsel in connection with the forthcoming Joint Motion." (Id. at 2.) Plaintiff argues that the correspondence is itself central to several substantive issues within the motion, and that Plaintiff should be permitted to present the complete correspondence to respond to Defendant Sichenzia Ross Ference LLP's ("the Firm's") request for severe

remedies, including monetary sanctions and disqualification of counsel. (Id. at 3-4.) Plaintiff's counsel represents in his declaration that the Firm's counsel does not object to the inclusion of the complete correspondence. (ECF No. 57-1 at 3.)

Having reviewed the unopposed ex parte motion and declaration in support, it appears to the Court that this discovery dispute and request for sanctions warrants the inclusion of the relevant correspondence between counsel. The Court therefore **GRANTS** the motion. The Court encourages Plaintiff to submit only the correspondence that is necessary to the resolution of the issues presented by the joint motion.

**IT IS SO ORDERED**.

Dated: September 4, 2019

Honorable Michael S. Berg
United States Magistrate Judge