Jason M. Leviton (*pro hac vice*)
Joel A. Fleming (CA Bar No. 281264)
Jacob A. Walker (CA Bar No. 271217)
Lauren Godles Milgroom (*pro hac vice* forthcoming)
Amanda R. Crawford (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
jason@blockesq.com
joel@blockesq.com
jake@blockesq.com
lauren@blockesq.com
amanda@blockesq.com

*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br> SICHENZIA ROSS FERENCE LLP (F/K/A SICHENZIA ROSS FERENCE KESNER LLP; F/K/A SICHENZIA ROSS FRIEDMAN FERENCE LLP) AND HARVEY KESNER, <br><br> Defendants. | Case No.: 3:18-cv-02494-WQH-MSB <br><br> **JOINT MOTION REQUESTING ENTRY OF ORDER GOVERNING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff MabVax Therapeutics Holdings, Inc. and Defendants Sichenzia Ross Ference LLP and Harvey Kesner (the "Parties") agreed to submit a Stipulated Order Governing Discovery of Electronically Stored Information within twenty-one days following the Early Netural Evaluation Conference; |

WHEREAS, Plaintiff MabVax Therapeutics Holdings, Inc. and Defendants Sichenzia Ross Ference LLP and Harvey Kesner (the "Parties") agreed to submit a Stipulated Order Governing Discovery of Electronically Stored Information within twenty-one days following the Early Netural Evaluation Conference;

WHEREAS, the Parties have agreed upon and stipulated to the terms of a proposed order;

NOW, THEREFORE, the parties, by and through their undersigned counsel, jointly request and hereby move for the entry of an Order Governing Discovery of Electronically Stored Information in the form set forth in the proposed order submitted to the Court, or as otherwise deemed appropriate by the Court.

DATED: September 17, 2019

BLOCK & LEVITON LLP

By: /s/ Joel Fleming
    Jason M. Leviton (*pro hac vice*)
    Joel A. Fleming (CA Bar No. 281264)
    Jacob A. Walker (CA Bar No. 271217)
    Lauren Godles Milgroom (*pro hac vice* forthcoming)
    Amanda Crawford (*pro hac vice* forthcoming)
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    (t) (617) 398-5600
    (f) (617) 507-6020
    jason@blockesq.com
    joel@blockesq.com
    jake@blockesq.com
    lauren@blockesq.com
    amanda@blockesq.com

*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.*

1

JOINT MOTION REQUESTING ENTRY OF
ORDER GOVERNING DISCOVERY OF ESI

CASE NO. 3:18-CV-02494-WQH-MSB

WHEREAS, Plaintiff MabVax Therapeutics Holdings, Inc. and Defendants Sichenzia Ross Ference LLP and Harvey Kesner (the "Parties") agreed to submit a Stipulated Order Governing Discovery of Electronically Stored Information within twenty-one days following the Early Netural Evaluation Conference;

WHEREAS, the Parties have agreed upon and stipulated to the terms of a proposed order;

NOW, THEREFORE, the parties, by and through their undersigned counsel, jointly request and hereby move for the entry of an Order Governing Discovery of Electronically Stored Information in the form set forth in the proposed order submitted to the Court, or as otherwise deemed appropriate by the Court.

DATED: September 17, 2019

BLOCK & LEVITON LLP

By: /s/ Joel Fleming
    Jason M. Leviton (*pro hac vice*)
    Joel A. Fleming (CA Bar No. 281264)
    Jacob A. Walker (CA Bar No. 271217)
    Lauren Godles Milgroom (*pro hac vice* forthcoming)
    Amanda Crawford (*pro hac vice* forthcoming)
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    (t) (617) 398-5600
    (f) (617) 507-6020
    jason@blockesq.com
    joel@blockesq.com
    jake@blockesq.com
    lauren@blockesq.com
    amanda@blockesq.com

*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.*

| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | |
| 3 | By: /s/ Mark K. Anesh |
| 4 | Mark K. Anesh (*pro hac vice*) |
| 5 | 77 Water Street, Suite 2100 |
| | New York, NY 10005 |
| 6 | (t) (212) 232-1411 |
| 7 | (f) (212) 232-1399 |
| | mark.anesh@lewisbrisbois.com |
| 8 | |
| 9 | Corinne C. Bertsche (CA Bar No. 174939) |
| 10 | 701 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| 11 | (t) (619) 233-1006 |
| 12 | (f) (619) 233-8627 |
| 13 | Corinne.bertsche@lewisbrisbois.com |
| 14 | *Attorneys for Defendant Sichenzia Ross Ference LLP* |
| 15 | |
| 16 | GORDON REES SCULLY MANSUKHANI, LLP |
| 17 | |
| 18 | By: John M. Palmeri |
| 19 | John M. Palmeri (*pro hac vice*) |
| | Tamara A. Seelman (*pro hac vice*) |
| 20 | 555 Seventeenth Street, Suite 3400 |
| 21 | Denver, CO 80202 |
| | (t) (303) 534-5160 |
| 22 | (f) (303) 534-5161 |
| 23 | jpalmeri@grsm.com |
| | tseelman@grsm.com |
| 24 | |
| 25 | Maha Sarah (CA Bar No. 218981) |
| 26 | 101 W. Broadway, Suite 2000 |
| | San Diego, CA 92101 |
| 27 | (t) (619) 696-6700 |
| 28 | (f) (619) 696-7124 |

2

msarah@grsm.com

*Attorneys for Defendant Harvey Kesner*