# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SICHENZIA ROSS FERENCE LLP (F/K/A SICHENZIA ROSS FERENCE KESNER LLP; F/K/A SICHENZIA ROSS FRIEDMAN FERENCE LLP) AND HARVEY KESNER, <br><br> Defendants. | Case No.: 3:18-cv-02494-WQH-MSB <br><br> **ORDER** |

IT IS HEREBY ORDERED that the Protective Order (ECF No. 61) and the Order (ECF NO. 62) are vacated and stricken from the docket. Joint Motion for Production (ECF No. 59 and Joint Motion for Protective Order (ECF No. 60) are referred to the Magistrate Judge.

Dated: September 19, 2019

Hon. William Q. Hayes
United States District Court