UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On September 17, 2019, the parties filed a "Joint Motion Regarding Protective Order." (See ECF No. 60.) The Court **SETS** a telephonic discovery conference to discuss the dispute raised by the parties in their joint motion for **September 25, 2019**, at **1:00 p.m.** Counsel for Plaintiff is to place the joint call to chambers at (619) 557-6632.

**IT IS SO ORDERED**.

Dated: September 20, 2019

Honorable Michael S. Berg
United States Magistrate Judge