UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 27, 2019, the Court held an Early Neutral Evaluation Conference ("ENE"). The case did not settle. For the reasons discussed at the conference, and after consultation with the chambers of United States District Judge William Q. Hayes, the Court **CONTINUES** the Case Management Conference ("CMC") to **October 8, 2019**, at **9:30 a.m.** The CMC will be telephonic and attorneys-only. Plaintiff's counsel is to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

///
///
///
///
///

Consistent with parties' Joint Discovery Plan [ECF No. 55] and representations at the ENE, the Court **ORDERS** the parties to submit their joint motions for (1) a protective order and (2) an order governing discovery of electronically stored information no later than **September 17, 2019**.

**IT IS SO ORDERED**.

Dated: August 28, 2019

Honorable Michael S. Berg
United States Magistrate Judge