UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MABVAX THERAPEUTICS HOLDINGS, INC.,

Plaintiff,

v.

SICHENZIA ROSS FERENCE LLP, et al.,

Defendants.

Case No.:  18cv2494-WQH (MSB)

**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER [ECF NO. 60]**

On September 17, 2019, the parties filed a joint motion asking the Court to enter their Protective Order [ECF No. 60].  In their joint motion, the parties asked the Court to resolve a single dispute regarding paragraph 12 of the protective order, wherein the parties disagreed about whether they should be permitted to share confidential material produced in this action with the parties and their counsel in Mabvax Therapeutic Holdings, Inc. v. Honig, et al., Case No. 19cv9810-WQH (MSB) (the "related Case").  (See ECF No. 60 at 2.)  The Court held a telephonic discovery conference to discuss this issue with counsel for the parties on September 25, 2019.  For the reasons discussed at the conference, and in the absence of any contradictory authority, the Court declines to add any substance to the protective order that has not been agreed to by both parties.  The Court will therefore include the word "non-confidential" as

requested by Defendants in paragraph 12.  The Court has considered the remainder of the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion. The Court will enter the parties' stipulated protective order, described above, separate from this order.

　　**IT IS SO ORDERED.**

Dated:  September 25, 2019

Honorable Michael S. Berg
United States Magistrate Judge