UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION TO SEAL OR UNREDACTED DISCOVERY MOTION** |

The Court continues Defendants' deadline set forth in the Court's October 4, 2019 order [ECF No. 76]. Defendants may file any narrowly tailored motion to seal the joint motion for determination of discovery dispute, or an unredacted version of the joint motion for determination of discovery dispute, (ECF No. 70-4), no later than **October 9, 2019**.

**IT IS SO ORDERED**.

Dated:  October 7, 2019

_____
Honorable Michael S. Berg
United States Magistrate Judge