UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER SETTING DISCOVERY HEARING AND CONTINUING DEADLINE TO FILE JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** |

At a Telephonic Case Management Conference on October 8, 2019, the Court briefly discussed the parties' Joint Motion for Determination of Discovery Dispute [ECF No. 73] and the deadline for the joint discovery motion regarding Defendants' objections and responses to Plaintiff's First Requests for Production of Documents, (see ECF No. 74).

After discussing availability with counsel, the Court **SETS** a telephonic hearing on the Joint Motion for Determination of Discovery Dispute [ECF No. 73] for **November 7, 2019**, at **10:00 a.m.** Counsel for Plaintiff is to arrange the joint call to chambers at (619) 557-6632.

Based on the parties' agreement that this Court's order on the pending discovery dispute will inform the parties' attempts to resolve their disputes related to Plaintiff's First Requests for Production of Documents, the Court finds good cause and **CONTINUES** the deadline to file the joint discovery motion pertaining to Plaintiff's First Requests for

Production of Documents, and Defendants' objections and responses thereto, until **twenty (20) days after the Court's ruling on ECF No. 73**.

**IT IS SO ORDERED**.

Dated:  October 8, 2019

Honorable Michael S. Berg
United States Magistrate Judge