UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br>Plaintiff,<br><br> v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.:  18cv2494-WQH (MSB)<br><br>**ORDER AFTER HEARING**<br><br>**[ECF NOS. 73, 79, 80, 85, 88]** |

The Court held a telephonic Discovery Hearing on November 15, 2019, which was attended by counsel for Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("Sichenzia") and Harvey Kesner ("Kesner").  At the hearing, the Court addressed Sichenzia's Motion to File Under Seal pertaining to the parties' Joint Motion for Determination of Discovery Dispute, (filed in duplicate as ECF Nos. 79, 80) and the parties' Joint Motions for Determination of Discovery Dispute re: (1) Motion by Defendant Sichenzia Ross Ference LLP to Compel Return of Privileged Documents Inadvertently Produced Prior to Litigation, to Preclude their Use by Plaintiff, and for Sanctions Pursuant to Fed. R. Civ. P. 26(b)(2), 26(c), 37(a)(5), ("Claw-back Motion," ECF Nos. 73, 88), and (2) Motion by Plaintiff to Compel Production of Certain Documents Containing Defendants' Financial Information, ("Financial Documents

///

Motion," ECF No. 85).  For the reasons discussed on the record at the hearing, the Court **ORDERS** the following:

1.     The Court **GRANTS in part** and **DENIES in part** Sichenzia's motion to seal, (ECF Nos. 79, 80).  The parties are to file their Amended Claw-Back Motion, redacting only the identities of Sichenzia's non-MabVax clients whose privileged documents may have been disclosed to MabVax, no later than **November 22, 2019**.[1]

2.     Regarding the Claw-Back Motion, (ECF Nos. 73, 88):

    a.     The Court finds that the messages attached to Sichenzia's declaration, (ECF No. 88-6), are not privileged, and therefore **DENIES** Sichenzia's request to compel that those records be returned.

    b.     The Court **DENIES** Sichenzia's request to compel Plaintiff to return inadvertently disclosed documents that are unprivileged and irrelevant to this case.  Sichenzia may designate the inadvertently disclosed documents in question under the confidentiality provisions of the Protective Order in this case, (ECF Nos. 60, 66), by including them within Sichenzia's privilege log, discussed further below.  MabVax is to treat any Sichenzia financial documents as confidential under the Protective Order until March 6, 2020.

    c.     The Court finds that it is premature to order the return of documents that are subject to attorney-client or work product privilege held by Sichenzia's third-party clients because the purportedly privileged documents have not been identified.  To permit the identification of privileged documents, the Court **SETS** the following deadlines:

        i.     MabVax is to apply pagination (Bates numbering) to the documents provided to MabVax by Sichenzia on two thumb drives and in hard copy in a Redweld

---

[1] The Court notes with appreciation that the parties wasted no time in filing their amended joint motion with only the redactions permitted by the Court within hours of the Discovery Hearing.  (See ECF No. 88.)

folder, and provide a complete electronic copy, in an electronic format compatible with Relativity, no later than **December 3, 2019**.  Sichenzia is to reimburse MabVax for the reasonable cost of creating the paginated copies of the documents.  MabVax is also to submit a Status Report to the Court on the same date confirming the production of the documents and identifying any issues that may have arisen.

        ii.     Sichenzia is to provide a detailed, document-specific privilege log to MabVax, including each document that Sichenzia claims is protected by a third-party privilege and designating documents that qualify as confidential under the parties' Protective Order no later than **March 6, 2020**.  The privilege log must include the Bates-numbers, date, description, and people who created or had access to the documents so that the parties can meet and confer regarding the existence of a privilege.  While the complete privilege log is not due until March 6, 2020, no later than **January 13, 2020**, Sichenzia is to inform MabVax of the page range of the documents that Sichenzia has reviewed as of that date, and provide the privilege log for the corresponding documents.  The Court will hold a telephonic status conference on **January 16, 2020**, at **9:30 a.m.**, to address the progress and any issues that have arisen.  Counsel for Plaintiff is to place the joint call to chambers at (619) 557-6632.

    d.    In light of the fact that no specific privileged documents are currently identified before the Court, the Court **DENIES as moot** Sichenzia's motion to preclude the use of "privileged materials identified." (ECF No. 88 at 3.)

    e.    Sichenzia agreed to withdraw the motion for disqualification without prejudice.

    f.    The Court **DENIES** Sichenzia's requests for fees, costs, and sanctions against MabVax.

3.    Regarding the Financial Documents Motion, (ECF No. 85):  No later than **December 3, 2019**, Sichenzia is to produce to MabVax all income statements and balance sheets for the firm for the last two calendar years and Kesner is to produce to MabVax a financial statement for the last two calendar years.  The parties are to meet and confer without

delay and attempt to resolve any remaining issues from this discovery dispute without further court intervention.  The Court **SETS** a telephonic Status Conference regarding this discovery dispute on **December 13, 2019**, at **8:30 a.m.**[2]  Counsel for Plaintiff is to place the joint call to chambers at (619) 557-6632.

4. The telephonic Case Management Conference, previously scheduled for January 8, 2020, is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated:  November 15, 2019

Honorable Michael S. Berg
United States Magistrate Judge

---

[2] Please note that this time is different from the 8:45 a.m. time discussed at the hearing, but the Court would prefer to alot slightly more time, in case it is needed.