UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER AFTER TELEPHONIC STATUS CONFERENCE** |

The Court held a telephonic Discovery Conference on February 6, 2020, which was attended by counsel for Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("Sichenzia") and Harvey Kesner ("Kesner").

Pursuant to the discussion at the conference, the Court **ORDERS** as follows:

1. Sichenzia must remit payment, either directly or through its insurer, to MabVax's vendor for the production and Bates-numbering of the client file no later than **February 20, 2020**;

2. No later than **February 28, 2020**, Sichenzia must provide MabVax with updated logs of privileged and non-privileged documents reviewed from the client file in relation to Sichenzia's clawback motion (see ECF No. 90);

3. The Court **SETS** a telephonic Discovery Hearing for **February 18, 2020**, at **9:00 a.m.**, to address the parties' pending motions before Judge Berg, ECF Nos. 107,

110, 111, and 113.  Counsel for MabVax is to coordinate the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED**.

Dated:  February 6, 2020

Honorable Michael S. Berg
United States Magistrate Judge