UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP, et al.,<br><br>Defendants. | Case No.: 18cv2494-WQH (MSB)<br><br>**ORDER AFTER HEARING**<br><br>**[ECF NOS. 107, 110, 111, and 113]** |

The Court held a telephonic Discovery Hearing on February 18, 2020, which was attended by counsel for Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("Sichenzia") and Harvey Kesner ("Kesner"). At the hearing, the Court addressed the parties' Joint Motions for Determination of Discovery Dispute re: (1) Motion by Plaintiff to Compel Responses to Interrogatories Regarding Conflicts, ("Conflicts Motion," ECF No. 110); (2) Motion by Defendant Kesner to Compel Responses to Kesner's First Set of Discovery Requests to Plaintiff, ("Kesner's Motion," ECF No. 110) and Plaintiff's Ex Parte Motion to Strike Defendant Sichenzia Ross Ference LLP's Portion thereof, ("Motion to Strike," ECF No. 111); and (3) Motion by Plaintiff to Compel Production of Documents from Harvey Kesner Relating to his Tenure at Sichenzia Ross Ference LLP, ("Tenure Motion," ECF No. 113). For the reasons discussed on the record at the hearing, the Court **ORDERS** the following:

1. The Court **GRANTS in part** Plaintiff's motion to compel further responses to Interrogatory No. 1 as raised in the Conflicts Motion.

    a. The time frame for this Interrogatory is narrowed to **January 1, 2010 to May 23, 2018**.

    b. Plaintiff must provide a list of professional service providers and known beneficial owners for which it requests Defendants to confirm or deny representation thereof no later than **February 21, 2020**.

    c. Defendants must provide supplemental responses no later than **March 6, 2020**, confirming the dates that each Defendant represented any of the listed parties. Defendants must also provide the same information (identity and dates of representation) for additional, unlisted former clients of Defendants that Defendants have personal knowledge were beneficial owners of Plaintiff during the narrowed time period in 1.a., above.  For Defendant Kesner, he must respond based on his own personal knowledge.  For Defendant Sichenzia, it must respond based on the personal knowledge of all partners still employed at Sichenzia who billed time to Plaintiff, and any identified conflicts.

2. The Court **DENIES** Plaintiff's motion to compel further responses to Interrogatory No. 2 as raised in the Conflicts Motion.

3. The Court **GRANTS in part** Plaintiff's motion to compel further response to Request for Production ("RFP") No. 13 as briefed in the Tenure Motion.  No later than **March 4, 2020**, Defendant Kesner must provide a supplemental response regarding documents showing the <u>reason</u> for his departure or separation from Sichenzia.  If Kesner does not have any such documents in his possession, custody, or control, then he is to provide a declaration to that effect.

4. The Court **GRANTS in part** Plaintiff's motion to compel further responses to RFP No. 20 as briefed in the Tenure Motion.  No later than **March 4, 2020**, Defendant Kesner must provide a supplemental response regarding documents showing complaints about Kesner's representation of the Investors.  If Kesner is not aware of any responsive

documents, he shall submit a declaration to that effect.

5.  The Court **GRANTS** Plaintiff's Motion to Strike Sichenzia's portion of the Motion to Strike.

6.  Kesner's Motion, as written, does not brief the merits of the various specific discovery devices for which it seeks to compel further responses.  Kesner's Motion is therefore more procedural in nature and the Court does not address the adequacy of Plaintiff's responses to any specific RFPs or Interrogatories.  Nevertheless, Kesner's Motion is **GRANTED in part** as follows:

   a. Plaintiff agrees to respond to Kesner's January 3, 2020 meet and confer letter by February 28, 2020.  The Court **DENIES** Kesner's request to order Plaintiff to respond to Kesner's meet and confer correspondence.

   b. No later than **March 3, 2020**, Plaintiff and Kesner are to reach an agreement regarding the search terms for Plaintiff's ESI search.

   c. No later than **June 1, 2020**, Plaintiff must complete its document production based on the ESI search to Kesner and produce a privilege log.  Plaintiffs shall provide documents on a rolling basis, as soon as they have been identified.

   d. Plaintiff must provide responses to Kesner's interrogatories to which Plaintiff stated it would provide supplemental responses at the end of the fact discovery period no later than **July 15, 2020**.

   e. Where Kesner's RFPs can be responded to with a discreet search, independent of the ESI search, Plaintiff shall provide responsive documents as soon as possible.

   **IT IS SO ORDERED**.

Dated:  February 19, 2020

Honorable Michael S. Berg
United States Magistrate Judge