# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MabVax Therapeutics Holdings, Inc.,

Plaintiff,

v.

Sichenzia Ross Ference LLP (f/k/a Sichenzia Ross Ference Kesner LLP; f/k/a Sichenzia Ross Friedman Ference LLP) and Harvey Kesner,

Defendants.

Case No.: 3:18-cv-02494-WQH-MSB

**[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION FOR TEMPORARY STAY TO FACILITATE MEDIATION**

WHEREAS, Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("SRF" or "Sichenzia") and Harvey Kesner ("Kesner," with SRF, "Defendants," and with SRF and MabVax, the "Parties") have filed a Joint *Ex Parte* Application for Temporary Stay to Facilitate Mediation, and good cause being shown;

IT IS HEREBY ORDERED THAT:

1. All current case deadlines are vacated, including all deadlines to respond to any outstanding discovery requests are hereby vacated.

2. The action is stayed.

3. The Parties shall submit a status report within five business days after the completion of the mediation.

4. If the Parties do not reach a settlement at the mediation, the Parties must submit a proposed amended case schedule within ten business days after the completion of the mediation.

SO ORDERED this \_\_\_\_\_ day of _____, 2020

William Q. Hayes
United States District Judge