Jason M. Leviton (*pro hac vice*)
Joel A. Fleming (CA Bar No. 281264)
Jacob A. Walker (CA Bar No. 271217)
Lauren Godles Milgroom (*pro hac vice*)
Amanda R. Crawford (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
jason@blockesq.com
joel@blockesq.com
jake@blockesq.com
lauren@blockesq.com
amanda@blockesq.com

*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP (f/k/a SICHENZIA ROSS FERENCE KESNER LLP; f/k/a SICHENZIA ROSS FRIEDMAN FERENCE LLP) and HARVEY KESNER,<br><br>Defendants. | Case No.: 3:18-cv-02494-WQH-DEB<br><br>**JOINT APPLICATION FOR STAY PENDING BANKRUPTCY COURT APPROVAL OF SETTLEMENT**<br><br>Before: U.S. District Judge<br>  William Q. Hayes<br><br>Date/Time: To Be Set By Court |

APPLICATION   CASE NO. 3:18-CV-02494-WQH-DEB

# I. APPLICATION

The Court previously stayed this action to conserve the resources of Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("SRF" or "Sichenzia") and Harvey Kesner ("Kesner," with SRF, "Defendants," and with SRF and MabVax, the "Parties") and to facilitate mediation. ECF No. 125.

As a result of that mediation, the Parties have signed a term sheet to resolve the claims brought in this action. The Parties are preparing a formal stipulation of settlement (which they have agreed to complete within 21 days) and will then need to seek approval of the Settlement from the United States Bankruptcy Court for the District of Delaware.

The parties respectfully ask the Court to continue the stay of this action pending Bankruptcy Court approval. A proposed order is attached.

DATED: July 23, 2020

| BLOCK & LEVITON LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Joel A. Fleming<br>Jason M. Leviton (*pro hac vice*)<br>Joel A. Fleming (SBN 281264)<br>Jacob A. Walker (SBN 271217)<br>Lauren Godles Milgroom (*pro hac vice*)<br>Amanda Crawford (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(t) (617) 398-5600<br>(f) (617) 507-6020<br>jason@blockesq.com<br>joel@blockesq.com | /s/ Corinne C. Bertsche<br>Corinne C. Bertsche, SB # 174939<br>Charles S. Haughey, Jr. SB # 66148<br>701 B Street, Suite 1900<br>San Diego, California 92101<br>Telephone: 619.233. 1006<br>Facsimile: 619.233.8627<br>Corinne.Bertsche@lewisbrisbois.com<br>Chuck.Haughey@lewisbrisbois.com<br><br>Mark K. Anesh<br>LEWIS BRISBOIS BISGAARD & |

| | |
|---|---|
| jake@blockesq.com<br>lauren@blockesq.com<br>amanda@blockesq.com<br><br>*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.* | SMITH LLP<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>Telephone: 212.232.1411<br>Facsimile: 212.232.1399<br>Mark.Anesh@lewisbrisbois.com<br><br>*Attorneys for Defendant Sichenzia Ross Ference LLP*<br><br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>/s/ Tamara Seelman<br>John M. Palmeri (*pro hac vice*)<br>Tamara A. Seelman (*pro hac vice*)<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>Telephone: (303) 534-5160<br>Facsimile: (303) 534-5161<br>jpalmeri@grsm.com<br>tseelman@grsm.com<br><br>Joseph W. Goodman (SBN: 230161)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Facsimile: (619) 696-7124<br>jgoodman@grsm.com<br><br>*Attorneys for Defendant Harvey Kesner* |