# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP (F/K/A SICHENZIA ROSS FERENCE KESNER LLP; F/K/A SICHENZIA ROSS FRIEDMAN FERENCE LLP) AND HARVEY KESNER,<br><br>    Defendants. | Case No.: 3:18-cv-02494-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

WHEREAS, Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendants Sichenzia Ross Ference LLP ("SRF" or "Sichenzia") and Harvey Kesner ("Kesner," with SRF, "Defendants," and with SRF and MabVax, the "Parties") have filed a Joint Motion to Stay Pending Bankruptcy Court Approval of Settlement (ECF No. 136), and good cause being shown;

IT IS HEREBY ORDERED THAT:

1. The action is stayed for a period of 120 days, pending action by the United States Bankruptcy Court for the District of Delaware regarding approval of the settlement contemplated by the Parties' term sheet.

1

2. If the Bankruptcy Court denies approval of the settlement, the Parties shall submit a status report to this Court within ten business days.

Dated: July 30, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court