UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SICHENZIA ROSS FERENCE LLP (f/k/a SICHENZIA ROSS FERENCE KESNER LLP; f/k/a SICHENZIA ROSS FRIEDMAN FERENCE LLP) and HARVEY KESNER,<br><br>Defendants. | Case No.: 3:18-cv-02494-WQH-DEB<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(A)(ii) and with the approval of the United States Bankruptcy Court for the District of Delaware (*In re: MabVax Therapeutics Holdings, Inc.*, 19-10603-JTD, ECF No. 358), Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendant Harvey Kesner ("Kesner") hereby stipulate to the dismissal with prejudice of all claims brought by MabVax against Kesner with no fees or costs to be awarded by the Court against either party. *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005); *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993). The parties request that the Court retain jurisdiction solely for the purpose of enforcing any future dispute regarding the terms of their settlement.

DATED: September 22, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP<br><br>By: /s/ Joel A. Fleming<br>Jason M. Leviton (*pro hac vice*)<br>Joel A. Fleming (SBN 281264)<br>Jacob A. Walker (SBN 271217)<br>Lauren Godles Milgroom (*pro hac vice*)<br>Amanda Crawford (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(t) (617) 398-5600<br>(f) (617) 507-6020<br>jason@blockesq.com<br>joel@blockesq.com<br>jake@blockesq.com<br>lauren@blockesq.com<br>amanda@blockesq.com<br><br>*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.* | GORDON REES SCULLY MANSUKHANI, LLP<br><br>/s/ Tamara Seelman<br>JOHN M. PALMERI (*pro hac vice*)<br>jpalmeri@grsm.com<br>TAMARA A. SEELMAN (*pro hac vice*)<br>tseelman@grsm.com<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>Telephone: (303) 534-5160<br>Facsimile: (303) 534-5161<br><br>*Attorneys for Defendant Harvey Kesner* |