UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SICHENZIA ROSS FERENCE LLP (f/k/a SICHENZIA ROSS FERENCE KESNER LLP; f/k/a SICHENZIA ROSS FRIEDMAN FERENCE LLP) and HARVEY KESNER, <br><br> Defendants. | Case No.: 3:18-cv-02494-WQH-DEB <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(A)(ii) and with the approval of the United States Bankruptcy Court for the District of Delaware (*In re: MabVax Therapeutics Holdings, Inc.*, 19-10603-JTD, ECF No. 358), Plaintiff MabVax Therapeutics Holdings, Inc. ("MabVax") and Defendant Sichenzia Ross Ference LLP ("SRF") hereby stipulate to the dismissal with prejudice of the action with no fees or costs to be awarded by the Court against either party. The parties request that the Court retain jurisdiction to enforce the settlement.

DATED: September 22, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP<br><br>By: /s/ Joel A. Fleming<br>Jason M. Leviton (*pro hac vice*)<br>Joel A. Fleming (SBN 281264)<br>Jacob A. Walker (SBN 271217)<br>Lauren Godles Milgroom (*pro hac vice*)<br>Amanda Crawford (*pro hac vice*)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(t) (617) 398-5600<br>(f) (617) 507-6020<br>jason@blockesq.com<br>joel@blockesq.com<br>jake@blockesq.com<br>lauren@blockesq.com<br>amanda@blockesq.com<br><br>*Attorneys for Plaintiff MabVax Therapeutics Holdings, Inc.* | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>/s/ Corinne C. Bertsche<br>Corinne C. Bertsche, SB # 174939<br>Chuck Haughey, SB # 66148<br>701 B Street, Suite 1900<br>San Diego, California 92101<br>Telephone: 619.233. 1006<br>Facsimile: 619.233.8627<br>Corinne.Bertsche@lewisbrisbois.com<br>Chuck.Haughey@lewisbrisbois.com<br><br>Mark K. Anesh<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>Telephone: 212.232.1411<br>Facsimile: 212.232.1399<br>Mark.Anesh@lewisbrisbois.com<br><br>*Attorneys for Defendant Sichenzia Ross Ference LLP* |